2605.    SMITH *v.* THE STATE.

POWELL, J.   1. The evidence authorized the verdict.
2. The other grounds of the motion for new trial, so far as approved and as corrected by the trial judge, present no sufficient reasons for reversal.

*Judgment affirmed.*

Indictment for sale of liquor; from Cobb superior court—Judge Morris.   April 8, 1910.

Submitted May 17,—Decided June 14, 1910.

*Gober & Griffin,* for plaintiff in error.

*J. P. Brooke, solicitor-general,* contra.